UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, ) <br> ) <br> Plaintiff, ) <br>   v. ) <br> ) <br> COMCAST CORPORATION, et al. ) <br> ) <br> Defendant. ) <br> _____ ) | No. C-06-5380 SC <br><br> ORDER OF <br> <u>DISQUALIFICATION</u> |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of General Order 44(E)(2) of the Assignment Plan of this Court, request that this case be reassigned.

**IT IS SO ORDERED.**

Dated: September 21, 2006

_____
UNITED STATES DISTRICT JUDGE