United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>　　　　Defendants._____/ | No. C 06-5380 CW<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS |

　　On October 2, 2006, Defendants Comcast Corporation and Comcast of California/Colorado, LLC moved to dismiss Plaintiff City of Oakland's original complaint.  On October 20, 2006, Defendants filed a notice of continuance of their motion to dismiss to December 1, 2006, pursuant to Local Rule 7.7(a).  On November 13, 2006, Plaintiff amended its complaint.  Federal Rule of Civil Procedure 15(a) provides that "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  A motion to dismiss is not a "pleading."  See Fed. R. Civ. P. 7(a); <u>Crum v. Crum Circus Enters.</u>, 231 F.3d 1129,

1130 n.3 (9th Cir. 2000). Defendants have not filed a responsive pleading in this action. Therefore, Plaintiff was permitted to amend its complaint without seeking leave of Court.

Because Plaintiff has amended its complaint, Defendants' motion to dismiss the original complaint (Docket No. 15) is DENIED as moot.

IT IS SO ORDERED.

Dated: 11/16/06

CLAUDIA WILKEN
United States District Judge