COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
STEPHEN D. KAUS (SBN 57454)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530
whansell@cwclaw.com
skaus@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST
CORPORATION, and COMCAST OF
CALIFORNIA/COLORADO, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>         Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>         Defendants. | CASE NO. C065380 CW<br><br>**STIPULATION AND ORDER SETTING DATES FOR MOTION TO DISMISS** |

Plaintiff City of Oakland and Defendants Comcast Corporation and Comcast of California/Colorado, LLC, pursuant to Local Rules 6.1(b) and 6.2, hereby stipulate to the following schedule for the Motion to Dismiss to be filed by Defendants concerning the First Amended Complaint filed by Plaintiff.

1. The Motion or other response to the First Amended Complaint shall be filed on or before December 22, 2006.

2. Plaintiff's Opposition shall be filed on or before January 12, 2007.

3. Defendants' Reply shall be filed on or before January 19, 2007.

4. The hearing on the Motion to Dismiss shall be held on February 2, 2007.

5. The reason for this schedule is to allow Defendants adequate time to consider and brief the Motion to Dismiss and to allow Plaintiff adequate time to respond.

6. The parties have already exchanged some informal discovery and continue to discuss further disclosures and discovery.

7. In a separate Stipulation and Proposed Order, the parties are requesting that the initial Case Management Conference be rescheduled for February 16, 2007. The hearing date for Defendants' Motion to Dismiss concerning the original Complaint was extended two weeks by stipulation of the Parties, before becoming moot due to the filing of a First Amended Complaint by Plaintiff.

8. This schedule, combined with the rescheduling of the initial Case Management Conference, will not affect any other scheduled dates, except that the Parties may request an extension of the deadline previously set for mediation to be completed.

DATED: November 30, 2006

Respectfully submitted,

COOPER, WHITE & COOPER LLP

By: _____
Stephen Kaus
Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

DATED: November 29, 2006

OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND

By: _____
Izetta C.R. Jackson
Deputy City Attorney
Attorneys for Plaintiff CITY OF OAKLAND

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

551873.1                                     2                                C065380 CW
Stipulation and Order Setting Dates for Motion to Dismiss

## ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: __12/4_____, 2006

/s/ CLAUDIA WILKEN

_____

The Honorable Claudia Wilken
United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

551873.1                       3                       C065380 CW
Stipulation and Order Setting Dates for Motion to Dismiss