COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
STEPHEN D. KAUS (SBN 57454)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530
whansell@cwclaw.com
skaus@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C065380 CW<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Plaintiff City of Oakland and Defendants Comcast Corporation and Comcast of California/Colorado, LLC, pursuant to Local Rules 6.1(b) and 6.2, stipulate and request a modification of the Court's previous order scheduling the Initial Case Management Conference for December 8, 2006.

1. The parties request that the Initial Case Management Conference be rescheduled for February 16, 2007.

2. The reason for this Stipulation is that Plaintiff responded to Defendants' Motion to Dismiss by filing a First Amended Complaint. Defendants have not responded to the First

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

551872.1                                                                                C065380 CW
Stipulation and Order to Reschedule Case Management Conference

1  Amended Complaint. Pursuant to a separate situation, the Parties are scheduling the hearing for
2  the Motion to Dismiss that Defendants plan on filing for February 2, 2007. Holding the Initial
3  Case Management Conference on February 16, 2007 hopefully allows for the pleadings to be
4  settled before the Conference is held.
5      3.    The Initial Case Management Conference has not been previously postponed. The
6  hearing on the Initial Motion to Dismiss was postponed by two weeks before becoming moot
7  because Plaintiff filed a First Amended Complaint.

8  DATED: November 30, 2006    Respectfully submitted,

9      COOPER, WHITE & COOPER LLP

11 By: _____
    Stephen Kaus
12     Attorneys for defendants COMCAST
    CORPORATION, and COMCAST OF
13     CALIFORNIA/COLORADO, LLC

14 DATED: November 29, 2006    OFFICE OF THE CITY ATTORNEY, CITY OF
15     OAKLAND

17 By: _____
    Izetta C.R. Jackson
18     Deputy City Attorney
    Attorneys for Plaintiff CITY OF OAKLAND

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: ___12/4_____, 2006

    /s/    CLAUDIA WILKEN
    _____
    The Honorable Claudia Wilken
    United States District Judge