COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
STEPHEN D. KAUS (SBN 57454)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530
whansell@cwclaw.com
skaus@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST
CORPORATION, and COMCAST OF
CALIFORNIA/COLORADO, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. C065380 CW<br><br>**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |

Plaintiff City of Oakland and Defendants Comcast Corporation and Comcast of California/Colorado, LLC, pursuant to Local Rules 6.1(b) and 6.2, stipulate and request a modification of the Court's previous order setting the deadline for the parties to complete mediation by February 26, 2007.

　　　　1.　　The parties request that the mediation deadline be extended to February 27, 2007.

　　　　2.　　On January 8, 2007, the parties have conferred with the court assigned mediator, Ms. Elaine Leitner. February 27, 2007 is the earliest date on which all parties are available to conduct the mediation session.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

553674.1

Stipulation and Order to Extend Mediation Deadline

C065380 CW

3. The parties have not previously requested an extension of the mediation deadline and the requested one day extension will not have an effect on any other scheduled dates.

DATED: January___, 2007                Respectfully submitted,

                                       COOPER, WHITE & COOPER LLP


                                       By: _____
                                       Stephen Kaus
                                       Attorneys for defendants COMCAST
                                       CORPORATION, and COMCAST OF
                                       CALIFORNIA/COLORADO, LLC


DATED: January 8, 2007                 OFFICE OF THE CITY ATTORNEY, CITY OF
                                       OAKLAND


                                       By: _____
                                       Izetta C.R. Jackson
                                       Deputy City Attorney
                                       Attorneys for Plaintiff CITY OF OAKLAND


**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.


Dated: January ___, 2007


                                       _____
                                       The Honorable Claudia Wilken
                                       United States District Judge

3. The parties have not previously requested an extension of the mediation deadline and the requested one day extension will not have an effect on any other scheduled dates.

DATED: January 10, 2007

Respectfully submitted,

COOPER, WHITE & COOPER LLP

By: _____
Stephen Kaus
Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

DATED: January___, 2007

OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND

By: _____
Izetta C.R. Jackson
Deputy City Attorney
Attorneys for Plaintiff CITY OF OAKLAND

### ORDER

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: January 11, 2007

_____
The Honorable Claudia Wilken
United States District Judge

553674.1 — 2 — C065380 CW
Stipulation and Order to Extend Mediation Deadline
COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111