COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
STEPHEN D. KAUS (SBN 57454)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:     (415) 433-5530
whansell@cwclaw.com
skaus@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>            Plaintiff,<br><br>      vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. C065380 CW<br><br>**STIPULATION AND ORDER SETTING DATES FOR SECOND AMENDED COMPLAINT AND MOTION TO DISMISS SCHEDULE** |

Plaintiff City of Oakland and Defendants Comcast Corporation and Comcast of California/Colorado, LLC, pursuant to Local Rules 6.1(b) and 6.2, hereby stipulate to the following schedule and request a modification of the schedule set forth in the Court's February 14, 2007 order on Defendants' Motion to Dismiss ("Order").

1.      Whereas, the Court's Order had instructed Plaintiff to file its Second Amended Complaint within fourteen days from the date of the Order, for Defendants to file their response within twenty days, and for Defendants to notice its potential motion to dismiss for April 13, 2007, at which time the Court would also hold the initial case management conference.

556345.1

C065380 CW

Stipulation and Order Setting Dates for Second Amended Complaint and Motion to Dismiss

2.  Whereas, since the Court's Order was issued on February 14, 2007, the parties cannot meet the April 13, 2007 hearing and case management deadline mandated in the Court's Order as Local Civil Rule 7.2(a) requires that all motions be noticed at least thirty five days before the hearing date.  Added to the fourteen days for Plaintiff to file their Second Amended Complaint and the twenty days for Defendants to file a response, the earliest hearing date would be April 27, 2007.

3.  Whereas, Plaintiff has requested that Defendants grant a five day extension for Plaintiff to file its second amended complaint because Plaintiff's lead counsel, Izetta Jackson, has been called away from work to testify as a trial witness in the case of *Naidu v. California Public Utilities Commission*, San Francisco Superior Court Case No. 05-444782.  Consequently, Ms. Jackson needs the additional five days in order to draft and prepare the amended complaint once she has concluded her testimony.

4.  Therefore, the parties request a one week extension past the April 27, 2007 hearing date to May 4, 2007 and stipulate to the following revised schedule:

   a.  The Second Amended Complaint shall be filed on or before March 5, 2007.

   b.  Defendants' answer or Motion to Dismiss the Second Amended Complaint shall be filed on or before March 26, 2007.

   c.  Plaintiff's opposition brief shall be filed on or before April 9, 2007.

   d.  Defendants' reply brief shall be filed on or before April 20, 2007.

   e.  The hearing on the Motion to Dismiss shall be held on May 4, 2007 at 1:30 p.m.

   f.  The initial case management conference shall also be held on May 4, 2007 at 1:30 p.m. consistent with the Court's Order that the hearing on any potential motion to dismiss be held on the same day and time as the initial case management conference.

5.  This schedule, combined with the rescheduling of the initial case management conference, will not affect any other scheduled dates.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

556345.1                             2                             C065380 CW
Stipulation and Order Setting Dates for Second Amended Complaint and Motion to Dismiss

1  DATED: February ___, 2007              Respectfully submitted,

2                                         COOPER, WHITE & COOPER LLP

3

4                                         By: _____
                                             Jie-Ming Chou
5                                            Attorneys for defendants COMCAST
                                             CORPORATION, and COMCAST OF
6                                            CALIFORNIA/COLORADO, LLC

7  DATED: February ___, 2007              OFFICE OF THE CITY ATTORNEY, CITY OF
                                          OAKLAND
8

9

10                                        By: _____
                                             Mark T. Morodomi
11                                           Supervising Trial Attorney
                                             Attorneys for Plaintiff CITY OF OAKLAND
12

13                                  **ORDER**

14        PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

15              2/28

16  Dated: _____, 2007

17                                        *[signature: Claudia Wilken]*

18                                        _____

19                                        The Honorable Claudia Wilken
                                          United States District Judge
20

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

556345.1                                  3                              C065380 CW
         Stipulation and Order Setting Dates for Second Amended Complaint and Motion to Dismiss