COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
STEPHEN D. KAUS (SBN 57454)
JIE-MING CHOU (SBN 211346)
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530
whansell@cwclaw.com
skaus@cwclaw.com
jchou@cwclaw.com

Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C065380 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE BY THE COMCAST DEFENDANTS** |

Plaintiff City of Oakland (the "City") and Defendants Comcast Corporation and Comcast of California/Colorado, LLC (collectively "Comcast"), pursuant to Local Rules 6.1(b) and 6.2, stipulate and request a modification of the Court's previous order setting the deadline for Comcast to respond to the Second Amended Complaint filed by the City.

1. On February 28, 2007, the Court signed a Stipulation Setting Dates for Second Amended Complaint and Motion to Dismiss Schedule that established (1) March 5, 2007 as the deadline for the City to file a Second Amended Complaint, (2) March 26, 2007 as the deadline for Comcast to file an answer of motion to dismiss, and (3) May 4, 2007 at 1:30 p.m. as both a

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

558141.151872.1
Stipulation and Order Extend Time for Response
C065380 CW

hearing date on any motion to dismiss and as the date for the Initial Case Management Conference.

2. The City filed a Second Amended Complaint and a Request for Leave to File a Motion for Reconsideration on March 5, 2007.

3. Comcast has determined that it will answer and cross-complain rather than moving to dismiss. Therefore, the City has agreed that Comcast may file its answer and cross-complaint by April 9, 2007 and thereafter, the City shall file its responsive pleading within the twenty days allowed pursuant to Rule 12 (a) (2) of the Federal Rules of Civil Procedure and the parties have so stipulated.

4. This extension will not affect the scheduling of the Case Management Conference for 1:30 p.m. on May 4, 2007 or the April 27, 2007 filing date for the Case Management Conference Statement.

5. With regard to previous orders and stipulations, at the February 2. 2007 hearing, the Court set a schedule culminating in a motion hearing and Initial Case Management Conference on April 13, 2007. After the Court issued its Order on February 14, 2007, the parties determined that May 4, 2007 was the earliest feasible hearing date and the Court approved the Stipulation Setting Dates for Second Amended Complaint and Motion to Dismiss Schedule setting the hearing and Initial Case Management Conference for May 4, 2007.

DATED March 26, 2007               Respectfully submitted,

COOPER, WHITE & COOPER LLP


By: _____
Stephen Kaus
Attorneys for defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

558141.158091.1                                2                                C065380 CW
Stipulation and Order to Extend Time for Response

| | |
|---|---|
| DATED: March 26, 2007 | OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND |

By: _____
Izetta C.R. Jackson
Deputy City Attorney
Attorneys for Plaintiff CITY OF OAKLAND

### **ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: March 28, 2007

*/s/ Claudia Wilken*

_____
The Honorable Claudia Wilken

United States District Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

558141.158091.1                     3                     C065380 CW
Stipulation and Order to Extend Time for Response