John A. Russo, City Attorney – State Bar No. 129729
Barbara J. Parker, Assistant City Attorney – State Bar No. 79722
Mark T. Morodomi, Supervising City Attorney – State Bar No. 120914
J. Patrick Tang, Deputy City Attorney – State Bar No. 148121
Izetta C. R. Jackson, Deputy City Attorney – State Bar No. - 80995
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6629
Fax : (510) 238-6500
405025
Jrusso@oaklandcityattorney.org
Bparker@oaklandcityattorney.org
Mmorodomi@oaklandcityattorney.org
Ptang@oaklandcityattorney.org
IJackson@oaklandcityattorney.org

Attorneys for Plaintiff
CITY OF OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>COMCAST OF CALIFORNIA/COLORADO, LLC; COMCAST CORPORATION, and DOES 1-10, Inclusive<br><br>Defendants. | Case No. C065380 CW<br><br>**STIPULATION AND ORDER CONSENTING TO FOURTH AMENDED COMPLAINT** |

Plaintiff City of Oakland (the "City") and defendants Comcast of California/Colorado, LLC ("Comcast LLC") and Comcast Corporation hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a), as follows:

1.  Whereas, the Court's Minute Order and Case Management Order, filed May 7, 2007, set May 24, 2007 as the deadline to additional parties or claims.

2.  Whereas, Defendants filed an Answer to Plaintiff's Third Amended Complaint and Counterclaim for Declaratory Relief on May 1, 2007.

3.  Whereas, in the Third Amended Complaint, Plaintiffs alleged that Deborah Lupphold and Jeffrey Smith were officers of Comcast Corporation, and were acting in that capacity and on behalf of Comcast Corporation when performing certain actions relevant to Plaintiff's claims, and accordingly named Comcast Corporation as the defendant in the Eight and Ninth Causes of Action.

4.  Whereas, in the Answer to the Third Amended Complaint, Defendants denied that Ms. Lupphold and Mr. Smith were officers of Comcast Corporation, and affirmatively alleged that Ms. Lupphold and Mr. Smith were officers and representatives of Comcast Cable Management, LLC, a subsidiary of Comcast Corporation.

5.  Whereas, Plaintiff has requested that Defendants consent, pursuant to Federal Rule of Civil Procedure 15(a), to Plaintiff filing a Fourth Amended Complaint adding Comcast Cable Management, LLC as a defendant in the Eight and Ninth Causes of Action.

6.  Whereas, Defendants so consent.

7.  Therefore, the parties stipulate as follows:

    a.  Plaintiff shall file its Fourth Amended Complaint adding Comcast Cable Management, LLC as a defendant in the Eight and Ninth Causes of Action, by the May 24, 2007 deadline set forth in the May 7, 2007 Minute Order and Case Management Order.

    b.  Comcast shall file its response to the Fourth Amended Complaint, and the City and Comcast shall file any subsequent pleadings, within the times permitted by the Federal Rules of Civil Procedure.

    c.  This stipulation will not affect any of the other dates in the Minute Order and Case Management Order.

DATED: May 22, 2007                             OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND

                                                By: _____
                                                    Izetta C.R. Jackson
                                                    Attorneys for Plaintiff
                                                    CITY OF OAKLAND

STIPULATION AND ORDER CONSENTING TO FOURTH AMENDED COMPLAINT

DATED: May 22, 2007

COOPER, WHITE AND COOPER, LLC

By: _____
Stephen Kaus
Attorneys for Defendants COMCAST
CORPORATION, and COMCAST OF
CALIFORNIA/COLORADO, LLC
CITY OF OAKLAND

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED:

DATED: May 30, 2007

_____
The Honorable Claudia Wilken
United States District Judge