```
COOPER, WHITE & COOPER LLP
WALTER W. HANSELL (SBN 114913)
  whansell@cwclaw.com
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JIE-MING CHOU (SBN 211346)
  jchou@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendants and Counter-Claimants
COMCAST CORPORATION, COMCAST OF
CALIFORNIA/COLORADO, LLC, and
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CITY OF OAKLAND, <br><br> Plaintiff, <br><br> vs. <br><br> COMCAST OF CALIFORNIA/COLORADO, LLC, COMCAST CORPORATION, and COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, Inclusive, <br><br> Defendants. | CASE NO. C065380 CW <br><br> **STIPULATION FOR FILING OF AMENDED ANSWER AND COUNTER-CLAIM** |
| COMCAST CORPORATION, COMCAST OF CALIFORNIA/COLORADO, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, <br><br> Counter-Claimants, <br><br> vs. <br><br> CITY OF OAKLAND, <br><br> Counter-Defendant. | |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

589178.2                                                                                 C065380 CW
STIPULATION FOR FILING OF AMENDED ANSWER TO FIFTH AMENDED COMPLAINT

Plaintiff City of Oakland (the "City") and defendants Comcast of California/Colorado, LLC, Comcast Corporation and Comcast Cable Communications Management, LLC (together "Comcast") hereby stipulate, pursuant to Federal Rule of Civil Procedure 15(a), as follows:

1. Whereas, on or about July 5, 2007, Comcast filed an Answer To Plaintiff's Fifth Amended Complaint And Counter-Claim For Declaratory Relief.

2. Whereas, Comcast omitted to plead affirmative defense based on privilege due to economic interest, lack of consideration and failure of consideration.

3. Whereas, the Comcast wishes to file an Amended Answer To Plaintiff's Fifth Amended Complaint and Counter-Claim For Declaratory Relief.

4. Whereas, the City so consents.

THEREFORE, the parties stipulate that

1. Comcast may file an Amended Answer To Plaintiff's Fifth Amended Complaint and Counter-Claim For Declaratory Relief adding those affirmative defenses.

2. The City's previously filed answer may serve as an answer to the Counter-Claim, which is unaltered, unless the City elects to file a new answer.

DATED: October 25, 2007

OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND

By: *(signature)*
Izetta C.R. Jackson
Attorneys for Plaintiff
CITY OF OAKLAND

DATED: October 25, 2007

COOPER, WHITE AND COOPER, LLC

By: *(signature)*
Stephen Kaus
Attorneys for Defendants COMCAST CORPORATION, and COMCAST OF CALIFORNIA/COLORADO, LLC
CITY OF OAKLAND

**IT IS SO ORDERED**
*(signature)*
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

589178.2

2

C065380 CW

STIPULATION FOR FILING OF AMENDED ANSWER TO FIFTH AMENDED COMPLAINT