1  John A. Russo, City Attorney – State Bar No. 129729
   Barbara J. Parker, Assistant City Attorney – State Bar No. 79722
2  Mark T. Morodomi, Supervising City Attorney – State Bar No. 120914
   J. Patrick Tang, Deputy City Attorney – State Bar No. 148121
3  Izetta C. R. Jackson, Deputy City Attorney – State Bar No. - 80995
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California 94612
   Telephone:  (510) 238-6629
5  Fax : (510) 238-6500
   421936/X02878
6  Jrusso@oaklandcityattorney.org
   Bparker@oaklandcityattorney.org
7  Mmorodomi@oaklandcityattorney.org
   Ptang@oaklandcityattorney.org
8  IJackson@oaklandcityattorney.org

9  Attorneys for Plaintiff
   CITY OF OAKLAND

10

11                          UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13  CITY OF OAKLAND,                          **Case No.  C065380 CW**

14              Plaintiff,                    **STIPULATION AND ORDER TO ENLARGE
                                             TIME FOR COURT ORDERED DEADLINES**
15      vs.                                   ==**AS MODIFIED**==

16  COMCAST OF CALIFORNIA/COLORADO,
    LLC; COMCAST CORPORATION, and
17  COMCAST CABLE COMMUNICATIONS
    MANAGEMENT, LLC, Inclusive

18              Defendants.

19  COMCAST CORPORATION, COMCAST OF
    CALIFORNIA/COLORADO, LLC,
20  COMCAST CABLE COMMUNICATIONS
    MANAGEMENT, LLC,

21              Counter-Claimants,

22      vs.

23  CITY OF OAKLAND

24              Counter-Defendant.

25
        Plaintiff City of Oakland (the "City") and defendants Comcast of California/Colorado LLC,
26

---
                                    -1-

1  Comcast Corporation and Comcast Cable Communications Management, LLC (together

2  "Comcast") hereby stipulate pursuant to Northern District of California Civil Local Rule 6-2 as

3  follows:

4      1.      Whereas, on or about May, 7, 2007, United States District Judge Claudia Wilken,

5              by Minute Order And Case Management Order established the following

6              Deadlines:  "Completion of Fact Discovery: 01/11/08", "Disclosure of identities

7              and reports of expert witnesses: 01/11/08 Rebuttal: 02/15/08", "Completion of

8              Expert Discovery: 04/04/08", and "All case-dispositive motions to be heard at

9              2:00 P.M. on or before: 07/10/08".

10     2.      Whereas, further discovery is needed, including several out of state depositions,

11             that cannot reasonably be completed by the discovery deadline set by the Court.

12     3.      Whereas, counsel for the City has been forced to deal with family medical issues

13             over the past months and the City wishes certain court-ordered deadlines to be

14             altered.

15     4.      Whereas Comcast consents to the alteration of these deadlines, and

16     5.      Whereas, both parties believe that the present trial date can be maintained if the

17             revised deadlines are adopted:

18  THEREFORE, without altering the dates ordered by the Court  for Final Pretrial Conference

19  or commencement of Jury Trial, the parties stipulate to the following deadline changes and

20  respectfully request that the Court so order

21          Completion of Fact Discovery:                                    03/14/08

22          Disclosure of identities and reports of expert witnesses:        03/14/08

23                                                        Rebuttal:          04/11/08

24          Completion of Expert Discovery:                                  05/09/08

25          All case-dispositive motions to be heard at 2:00 P.M.

26              on or before:                                                07/25/08

C065380 CW                        Stipulation and Order

-3-

1

2    DATED:   October 26, 2007                          John A. Russo, City Attorney
                                                        Barbara J. Parker, Assistant City Attorney
3                                                       Mark T. Morodomi, Supervising City Attorney
                                                        J. Patrick Tang, Deputy City Attorney
4                                                       Izetta C. R. Jackson, Deputy City Attorney

5
                                                 By:_____
6                                                       Izetta C.R. Jackson
                                                        Attorneys for Plaintiff
7                                                       CITY OF OAKLAND

8
     DATED:  October 26, 2007                           COOPER, WHITE AND COOPER, LLP
9

10                                               By: _____
                                                        Stephen Kaus
11                                                      Attorneys for Defendants COMCAST
                                                        CORPORATION, and COMCAST OF
12                                                      CALIFORNIA/COLORADO, LLC
                                                        CITY OF OAKLAND
13

14
     **ORDER**
15
     PURSUANT TO THIS STIPULATION, IT IS SO ORDERED: <mark>**EXCEPT THAT CASE**</mark>
16   <mark>**DISPOSITIVE MOTIONS WILL BE HEARD ON THURSDAY, JULY 24, 2008, AT**</mark>
     <mark>**2:00 P.M.**</mark>

17

18   DATED:   10/30/07

19
                                                        _____
20                                                      The Honorable Claudia Wilken
                                                        United States District Judge
21

22

23

24

25

26