1   COOPER, WHITE & COOPER LLP
    WALTER W. HANSELL (SBN 114913)
2     whansell@cwclaw.com
    STEPHEN KAUS (SBN 57454)
3     skaus@cwclaw.com
    JIE-MING CHOU (SBN 211346)
4     jchou@cwclaw.com
    201 California Street, 17th Floor
5   San Francisco, California 94111
    Telephone:    (415) 433-1900
6   Facsimile:    (415) 433-5530

7   Attorneys for Defendants and Counter-Claimants
    COMCAST CORPORATION, COMCAST
8   CABLE MANAGEMENT, LLC, and
    COMCAST OF CALIFORNIA/COLORADO,
9   LLC

10

11              **UNITED STATES DISTRICT COURT**

12      **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

13  CITY OF OAKLAND,                    CASE NO. C065380 CW
                                        **ORDER GRANTING AS MODIFIED**
14              Plaintiff,              **NOTICE OF SETTLEMENT AND**
                                        **REQUEST TO VACATE TRIAL DATE**
        vs.                             **AND SET STATUS CONFERENCE**
15
    COMCAST OF CALIFORNIA/COLORADO,
16  LLC, ET AL.,

17              Defendants.

18  ─────────────────────────────

19  COMCAST CORPORATION ET AL.,

                Counter-Claimants,
20      vs.

21  CITY OF OAKLAND,

22              Counter-Defendant.

23

24          WHEREAS, the parties have reached a settlement of all issues at discussions in which the

25  City of Oakland was represented, *inter alia*, by City Administrator Deborah Edgerly, City

26  Attorney John Russo and the City's outside counsel, William Lowery of Miller & Van Eaton, LLP,

27  and the Comcast parties were represented by executives authorized to settle this matter and by

28  counsel, and

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

WHEREAS, the settlement has been agreed to by all parties, including, on December 18, 2008, the Oakland City Council, and

WHEREAS, on January 15, 2008 the City introduced and passed on first reading an ordinance implementing the settlement ("Ratification Ordinance"), and

WHEREAS, a copy of the City Administrator's public staff report of the settlement, recommendation to the City Council, and the Ratification Ordinance that was passed on first reading on January 15, 2008 is attached hereto as Exhibit A, and

WHEREAS, the required second and final reading and adoption of the Ratification Ordinance cannot occur until the Oakland City Council's next meeting on February 5, 2008 consistent with municipal procedures and California open meeting laws, and

WHEREAS, in light of the settlement, the parties believe it would be wasteful to continue expenditures of time and money in preparation of this matter for trial by both the City of Oakland and Comcast,

NOW THEREFORE, the parties hereby stipulate as follows:

1. The Court is hereby informed that this matter has settled, subject to the required final approval in public session by the Oakland City Council of the Ratification Ordinance.

2. The parties jointly request that the Court vacate the trial date of October 20, 2008 and calendar this matter for a status conference in late February or early March 2008 to assure that the required City legislative action has occurred.

DATED: January ___, 2008

COOPER, WHITE & COOPER LLP

By: _____
    Stephen Kaus
    Attorneys for Defendants and Counter-
    Claimants COMCAST CORPORATION,
    COMCAST CABLE COMMUNICATIONS
    MANAGEMENT, LLC, and COMCAST OF
    CALIFORNIA/COLORADO, LLC

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

DATED: January ___, 2008      MILLER & VAN EATON, LLP

By: _Kenneth A Brunetti/skk_

Kenneth A. Brunetti
Attorneys for Plaintiff and Counter-Defendant
CITY OF OAKLAND

## ORDER

**stays all proceedings**

Based on the stipulation of the parties, the Court ~~vacates the trial date set for October 20, 2008~~ and sets a status conference for ___March 4, 2008, @ 2:00 p.m___. The status conference will be removed from the calendar if, as anticipated by the parties, the entire action is dismissed prior to that date.

Dated: ___1/22___, 2008

_Claudia Wilkin_

Claudia Wilkin
United States District Judge

593712.2

NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL DATE AND SET STATUS CONFERENCE

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111