1  COOPER, WHITE & COOPER LLP
   WALTER W. HANSELL (SBN 114913)
2  STEPHEN KAUS (SBN 57454)
   JIE-MING CHOU (SBN 211346)
3  201 California Street, 17th Floor
   San Francisco, California 94111
4  Telephone:     (415) 433-1900
   Facsimile:     (415) 433-5530
5    whansell@cwclaw.com
     skaus@cwclaw.com
6    jchou@cwclaw.com

7  Attorneys for Defendants and Counter-Claimants
   COMCAST CORPORATION, COMCAST OF
8  CALIFORNIA/COLORADO, LLC, and
   COMCAST CABLE COMMUNICATIONS
9  MANAGEMENT, LLC

10

11              **UNITED STATES DISTRICT COURT**

12     **NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

13

14  CITY OF OAKLAND,                          CASE NO. C065380 CW

15            Plaintiff,                       **STIPULATION FOR DISMISSAL**
               vs.
16
    COMCAST OF CALIFORNIA/COLORADO,
17  LLC, COMCAST CORPORATION, and
    COMCAST CABLE COMMUNICATIONS
18  MANAGEMENT, LLC, inclusive,

19            Defendants.

20  COMCAST CORPORATION, COMCAST
21  OF CALIFORNIA/COLORADO, LLC,
    COMCAST CABLE COMMUNICATIONS
22  MANAGEMENT, LLC,

23            Counter-Claimants,
               vs.
24
    CITY OF OAKLAND,
25
              Counter-Defendant.
26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595820.1                                              C065380 CW

IT IS HEREBY STIPULATED by and between the parties to this action, by and through their designated counsel, that the above-captioned matter, including all claims and counterclaims, is dismissed in its entirety, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

DATED: February 29, 2008

COOPER, WHITE & COOPER LLP

By: _____
Jie-Ming Chou
Attorneys for defendants COMCAST
CORPORATION, COMCAST OF
CALIFORNIA/COLORADO, LLC, and
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

DATED: February 29, 2008

MILLER & VAN EATON, LLP

By: _Kenneth Brunetti (J.C.)_
Kenneth A. Brunetti
Attorneys for Plaintiff and Counter-Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Claudia Wilken

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595820.1

2
Stipulation for Dismissal

C065380 CW